■ GAIL GREENBERG, Appellant, v PAUL GREENBERG, Respondent.—In an action in which the plaintiff wife was granted a divorce, she appeals from an order of the Supreme Court, Nassau County, dated December 10, 1974, which, *inter alia,* denied her motion for an increase in child support payments. Order affirmed, without costs. Plaintiff failed to establish a substantial change of defendant's circumstances and therefore an upward

modification of child support payments is not warranted. Hopkins, Acting P. J., Martuscello, Margett, Christ and Munder, JJ., concur.